1  McGREGOR W. SCOTT
   United States Attorney
2  YOSHINORI H. T. HIMEL #66194
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2760

5  Attorneys for Federal Respondents and Cross-Petitioners, UNITED STATES OF AMERICA,
6  UNITED STATES INTERNAL REVENUE SERVICE, and Revenue Agent JAMES RENO

7              IN THE UNITED STATES DISTRICT COURT FOR THE
8                    EASTERN DISTRICT OF CALIFORNIA
9

10
   JOHN D. DILLINGHAM,                          MISC. S-05-44-WBS/PAN-PS
11
              Petitioner,                       **ORDER ADOPTING MAGISTRATE**
12                                              **JUDGE'S FINDINGS AND**
                                                **RECOMMENDATIONS,**
13     v.                                       **DISMISSING PETITION TO QUASH**
                                                **AND ENFORCING I.R.S. SUMMONS**
14  UNITED STATES INTERNAL REVENUE
    SERVICE, Revenue Agent JAMES RENO,          Taxpayer: John D. Dillingham
15  and BUTTE COMMUNITY BANK,

16            Respondents;

17  UNITED STATES OF AMERICA and
    Revenue Agent JAMES RENO,
18
              Cross-Petitioners,
19
       v.
20
    BUTTE COMMUNITY BANK,
21
              Cross-Respondent.
22

23        John D. Dillingham sues the Internal Revenue Service ("IRS"), Revenue Agent James

24  Reno, and Butte Community Bank, seeking to quash an IRS administrative summons.  The

25  United States of America and Revenue Agent Reno cross-petition for enforcement of the

26  summons.  Magistrate Judge Peter A. Nowinski filed Findings and Recommendations on

27  April 25, 2005.  On May 5, 2005, Mr. Dillingham filed timely objections seeking an indefinite

28

continuance of these proceedings.   The matter is before court the on the Magistrate Judge's Findings and Recommendations for final disposition.

The court has reviewed the entire record de novo under 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, and is satisfied that the Magistrate Judge's findings and recommendations are supported by the record and by proper analysis; that the petition to quash should be dismissed for lack of subject matter jurisdiction for failure to fulfill the statutory requisites for petitions to quash, see I.R.C. § 7609(b)(2)(B); and that the requested summons enforcement should be granted.

Accordingly, it is hereby ORDERED as follows:

1.  Petitioner's request for an indefinite continuance is DENIED.

2.  The Magistrate Judge's Findings and Recommendations Re: Petitions to Quash IRS Summonses, and Tax Summons Enforcement, filed April 25, 2005, are ADOPTED IN FULL.

3.  The Petition to Quash Summons filed by petitioner John D. Dillingham is DISMISSED for lack of subject matter jurisdiction.

4.  The summons issued to cross-respondent, Butte Community Bank, is ENFORCED.

5.  Cross-respondent, Butte Community Bank, is ORDERED to appear at 1395 Ridgewood Drive, #200, Chico, California, before Revenue Agent James P. Reno, or his designated representative, within twenty-one days of the date of the filing of this order, or at an alternate time and date to be set by Revenue Agent Reno, then and there to be sworn, to give testimony, and to produce for examining and copying the books, checks, records, papers and other data demanded by the summons, the examination to continue from day to day until completed.

It is SO ORDERED.

DATED: June 29, 2005

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

2

**CERTIFICATE OF SERVICE BY MAIL**

3       The undersigned hereby certifies that she is an employee in the Office of the United
States Attorney for the Eastern District of California and is a person of such age and

4    discretion to be competent to serve papers.

5       That on **June 29, 2005**, she served a copy of

6              **ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS**
              **AND RECOMMENDATIONS, DISMISSING PETITION TO**

7              **QUASH AND ENFORCING I.R.S. SUMMONS**

8    by placing said copy in a postpaid envelope, addressed to the person(s) hereinafter named, at
the place(s) and address(es) stated below, which is/are the last known address(es), and by

9    depositing said envelope and contents in the United States Mail at Sacramento, California.

10   Addressee(s):

11

12   Mr. John D. Dillingham
701 East Lassen Ave., #165
Chico, CA 95973

13

14                                    /s/ Pamela Beauvais
                                    PAMELA BEAUVAIS

15

16

17

18

19

20

21

22

23

24

25

26

27

28